# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**SIDNEY MARTS,**
    Plaintiff,

vs.                                                  **CASE NO.: 3:09cv451/MCR/MD**

**CHARLES HALLEY, et al.,**
    Defendants.
_____/

## O R D E R

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on December 2, 2009, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, if any, the Recommendation is adopted as the opinion of the Court.

Accordingly, it is now ORDERED as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. Plaintiff's notice of voluntary dismissal (doc. 5) is granted, this case is dismissed without prejudice, and the clerk is directed to close the file.

DONE AND ORDERED this 5th day of January, 2010.

                                                 *s/ M. Casey Rodgers*
                                                 **M. CASEY RODGERS**
                                                 **UNITED STATES DISTRICT JUDGE**